UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MIA REED & COMPANY CAPITAL FUND VIII, LTD. | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:25-cv-2968 |
| | § | |
| HARTFORD FIRE INSURANCE COMPANY | § | |
| *Defendant.* | § | |

**NOTICE OF SETTLEMENT**

Plaintiff Mia Reed & Company Capital Fund VIII, Ltd. provide notice to the Court that Plaintiff and Defendant have agreed to settlement of all claims in this lawsuit. Accordingly, Plaintiff respectfully requests that any pending matters relating to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

Respectfully submitted,

**RAIZNER SLANIA LLP**

*/s/Jeffrey L. Raizner*
Jeffrey L. Raizner, *Attorney-In-Charge*
Texas Bar No. 00784806
Federal ID No. 15277
jraizner@raiznerlaw.com
RAIZNER SLANIA LLP
2402 Dunlavy Street
Houston, Texas 77006
Telephone: (713) 554-9099
Facsimile: (713) 554-9098

*Of Counsel*:

Andrew P. Slania
Texas Bar No. 24056338
Amy B. Hargis
Texas Bar No. 24078630
Todd R. Wells
Texas Bar No. 24124620
Theodore F. Richardson
Texas Bar No. 24137152
Joshua D. Raizner
Texas Bar No. 24137427
efile@raiznerlaw.com
RAIZNER SLANIA LLP
2402 Dunlavy Street
Houston, Texas 77006
Telephone: (713) 554-9099
Facsimile: (713) 554-9098
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This certifies that, on April 29, 2026, a true copy of the foregoing was served on the following counsel of record pursuant to the Federal Rules of Civil Procedure:

Christine Kirchner
Chris M. Lemons
Mary "Kate" Andrade
CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.
1200 Smith Street, Suite 1400
Houston, Texas 77002
**ATTORNEYS FOR DEFENDANT**

/s/ *Jeffrey L. Raizner*
JEFFREY L. RAIZNER