United States District Court
Southern District of Texas
**ENTERED**
May 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MIA REED & COMPANY CAPITAL FUND VIII, LTD., | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-02968 |
| HARTFORD FIRE INSURANCE COMPANY, | § | |
| Defendant. | § | |

**ORDER**

Before the Court is the Notice of Settlement. Doc. #27. The parties have advised the Court that an amicable settlement has been reached in this action. Accordingly, this case is hereby DISMISSED on the merits, without prejudice to the right of counsel to move for reinstatement within sixty (60) days on presentation of proof that the settlement could not be consummated. All motions currently pending are denied without prejudice. Any movant seeking to resubmit or reurge those motions must do so within 14 days from the date any motion for reinstatement is filed.

The Clerk is DIRECTED to close this case.

It is so ORDERED.

MAY 0 5 2026
Date

The Honorable Alfred H. Bennett
United States District Judge